UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHELINE M. PIERRE,<br><br>       Plaintiff,<br><br>  -against-<br><br>JANE DOE; UPS STORE,<br><br>       Defendants. | 23-cv-11248 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 11, 2024, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3).

  Plaintiff is warned that, if she abuses the privilege of proceeding IFP by filing complaints that lack merit, the Court will direct her to show cause why she should not be barred from filing new actions IFP unless she receives prior permission. See 28 U.S.C. § 1651.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 17, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge